IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Kristen Dial | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | CASE NO. 15-32664 |
| | ) | |

## NOTICE OF REQUEST FOR SERVICE

Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys for Creditor, Bank of America, N.A., as successor by merger to BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans Servicing, L.P., file this Notice of Request for Service seeking a copy of notices from the Court of hearing dates, pleadings, and judgments relating to said Creditor in the above styled case.

Dated this 14th day of October, 2015.

/s/ Goodman G. Ledyard
JEANNA D. CHAPPELL
GOODMAN G. LEDYARD
Counsel for Creditor

OF COUNSEL:

PIERCE LEDYARD, P.C.
Post Office Box 161389
Mobile, Alabama 36616
Telephone (251) 338-1300

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 14th day of Oct, 2015, served a copy of the foregoing pleading via electronic filing and/or by depositing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

Richard D. Shinbaum
by Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

Kristen Dial
411 S Main Ave
Demopolis, AL 36732

/s/ Goodman G. Ledyard
COUNSEL